# UNITED STATES DISTRICT COURT

## for the

### District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:19-mj-00701-VCF |
| MIKAELA MARIE CUEVAS | ) | |
| | ) | Charging District:   District of Arizona |
| *Defendant* | ) | Charging District's Case No.   19-4244 MJ |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - District of Arizona<br>123 N. San Francisco St.<br>Flagstaff, AZ | Courtroom No.: AS ORDERED |
|---|---|---|
| | | Date and Time:  9/27/2019 at 9:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  Sep 20, 2019

_____
*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



_____ FILED          _____ RECEIVED
_____ ENTERED          _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 0 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY